UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MITCHELL CROCKER, | § | |
| Plaintiff | § | |
| | § | |
| | § | |
| V. | § | Civil Action 4:24-cv-1051 |
| | § | |
| | § | |
| CENTERPOINT ENERGY, | § | |
| Defendant | § | *Jury Trial Requested* |

## PLAINTIFF COUNSEL'S MOTION TO WITHDRAW

**TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:**

Plaintiff Counsel Marc Anson Bozeman files this motion to withdraw from this action. Plaintiff has terminated Plaintiff counsel, Marc Anson Bozeman. Additionally, good cause exists for this withdrawal, apart from the termination. Plaintiff counsel has informed Plaintiff that Defendant's Motion for Summary Judgment is imminent.

Opposing counsel is opposed. Plaintiff is agreed, as he terminated Plaintiff counsel. Plaintiff counsel includes Plaintiff's email address and last known address.

| | |
|---|---|
| Last known physical address: | 3210 Fountain Hills Drive<br>Missouri City, TX 77459 |
| Email address: | mcrocker@hc.edu |

1. Plaintiff has terminated Marc Anson Bozeman.

2. Additionally, there is good cause for this court to grant the motion to withdraw because of 1.15(b)(4) of the Texas Disciplinary Rules of Professional Conduct. Rule 1.15(b)(4) states (4) a client insists upon pursuing an objective that the lawyer considers repugnant or imprudent or with which the lawyer has fundamental disagreement. Plaintiff counsel Marc Bozeman has a fundamental disagreement with Plaintiff.

1

A copy of this motion to withdraw has been sent to Plaintiff.

        Respectfully submitted,

        The Bozeman Law Firm

        /s/ Marc Anson Bozeman
        Attorney-In-Charge
        Texas State Bar No. 24057044
        Federal Bar No. 1533462
        5499 Braesvalley Dr., No. 462
        Houston, Texas 77096
        Telephone: (832) 741-7950
        mb@bozemanlitigation.com

        ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

I certify that counsel for Defendant and Plaintiff have discussed the contents of Plaintiff's Motion to Withdraw on March 4th, 2025 and Defendant represented that it was opposed. Plaintiff terminated counsel on March 6, 2025. He is agreed.

/s/ Marc Anson Bozeman
Marc Anson Bozeman

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was sent to counsel named below on the 6th of March, 2025, addressed as follows:

Via electronic mail

Kelley Edwards
kedwards@littler.com

/s/ Marc Anson Bozeman
Marc Anson Bozeman