## Ruben Castro

| | |
|---|---|
| **From:** | Snovely, Nickoloz "Niko" <NSnovely@littler.com> |
| **Sent:** | Tuesday, May 20, 2025 10:27 AM |
| **To:** | Ruben Castro |
| **Cc:** | Mitchell Crocker; Edwards, Kelley; Morolia, Urvi |
| **Subject:** | Mitchell Crocker v. CenterPoint Energy (Civil Action No. 4:24-cv-1051) - CenterPoint's Request for Conference with the Court |

**CAUTION - EXTERNAL:**

Good morning, Mr. Castro.

Please accept this correspondence as CenterPoint's request for a conference with the Court, seeking its assistance in ensuring Mr. Crocker, now proceeding *pro se*, is fully informed of his rights and the potential consequences of him publishing to third parties what CenterPoint contends are false and defamatory statements regarding CenterPoint and its employees. In short, over the course of the last several months, Mr. Crocker has made a plethora of posts to his LinkedIn account regarding the case pending before this Court. With regard to certain such posts that CenterPoint contends constitute false and defamatory statements of purported fact about CenterPoint and its employees' actions, CenterPoint has made good faith efforts to inform Mr. Crocker about the impropriety of his conduct, in compliance with Chapter 73 of the Texas Civil Practice and Remedies Code. Before CenterPoint proceeds with initiating any potential affirmative claim for defamation, it believes Mr. Crocker would benefit from a conference with the Court to ensure he is fully and fairly apprised of the limitations on his right to free speech, as well as the consequences of transgressing that right.

Please let us know if there is any other information the Court may need to consider CenterPoint's request, and many thanks in advance for the time and attention.

Respectfully,

**Nickoloz "Niko" Snovely**
Attorney at Law
713.652.4705 direct, 713.408.6357 mobile, 713.383.6061 fax
NSnovely@littler.com



Fueled by ingenuity. Inspired by you.

Labor & Employment Law Solutions | Local Everywhere
1301 McKinney Street, Suite 1900, Houston, TX 77010-3031

---

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.