United States Courts
Southern District of Texas
F I L E D

JUL 2 1 2025

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| MITCHELL CROCKER, | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:24-cv-01051 |
| | § | |
| | § | |
| CENTERPOINT ENERGY | § | |
| Defendant. | § | |

## PLAINTIFF'S MOTION FOR SANCTIONS AGAINST KATE PORTER

*Pro Se Litigant:*

Mitchell Crocker
3210 Fountain Hills Drive
Missouri City, TX 77459
Email: Mcrocker@hc.edu
Telephone: 713.202.5226

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff Mitchell Crocker, appearing pro se, and respectfully moves this Court

to impose sanctions against Kate Porter pursuant to Rule 11 of the Federal Rules of Civil

Procedure, 28 U.S.C. § 1746, and the Court's inherent authority, for submitting a declaration

containing materially misleading and contradictory statements under oath.

## I. **INTRODUCTION**

Kate Porter submitted a sworn declaration (Dkt. 20-7) in support of Defendant's Motion for

Summary Judgment, in which she misrepresented her role and the timeline of events surrounding

Plaintiff's termination. Specifically, Porter stated that Rachel Bigelow was Plaintiff's supervisor

and implied that Bigelow was responsible for overseeing Plaintiff's performance and

termination. However, documentary evidence and internal communications contradict these

assertions.

## II. **GROUNDS FOR SANCTIONS**

### A. Contradictory Statements Regarding Supervisory Role

Porter's declaration implies that Rachel Bigelow was Plaintiff's supervisor during the relevant

period. However:

- Kate Porter was Plaintiff's direct supervisor following the departure of Alexander Barrie.
- On March 6, 2023—one day before the alleged March 7 termination date—Porter
  approved two professional certifications for Plaintiff:
    - Certified Change Management Professional (CCMP)
    - Agile Certified Practitioner (PMI-ACP)

      These approvals demonstrate that Porter was actively functioning as Plaintiff's

2

supervisor at the time, contradicting her declaration that Rachel Bigelow was

Plaintiff's supervisor during the relevant period.

## B. Post-Termination Communications

Despite Defendant's claim that Plaintiff was terminated on March 7, 2023, Plaintiff continued to

communicate with Kate Porter via email after that date. These communications further

demonstrate that:

- Plaintiff remained employed beyond March 7, 2023.

- Porter continued to act in a supervisory capacity, contradicting the narrative presented in
  her declaration.

These facts are material to the causation analysis in Plaintiff's retaliation claim and directly

contradict the sworn statements submitted to the Court.

## C. Mischaracterization of Performance and Role Expectations

Porter's declaration criticizes Plaintiff's use of "Focus Time" and attendance. However:

- Plaintiff's role as Senior Project Manager involved strategic oversight and remote
  collaboration.

- The job description did not require strict in-office attendance.

- Plaintiff received a 7.16% STI bonus in 2022, undermining claims of poor performance.

These facts suggest that Porter's statements were misleading and intended to justify a pretextual

termination.

## III. **LEGAL BASIS**

Under the Court's inherent authority and Rule 11(b), sanctions are appropriate where a declarant

presents factual contentions without evidentiary support or acts in bad faith. Misrepresenting

one's role and the timeline of termination in a sworn declaration constitutes a serious abuse of the judicial process.

## IV. **PRAYER**

WHEREFORE, Plaintiff respectfully requests that the Court:

1. Issue an order to show cause why Kate Porter should not be sanctioned for submitting a materially misleading and contradictory declaration in violation of Rule 11(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1746;

2. Strike her declaration (Dkt. 20-7) from the record as unreliable and prejudicial;

3. Refer the matter for further investigation under Texas Penal Code § 37.02 (Perjury), as the false statements were made under oath and are material to the outcome of this case;

4. Award any other relief or sanctions the Court deems just and proper under its inherent authority and Rule 11(c).

Respectfully submitted,

*Pro Se Litigant:*

Mitchell Crocker
3210 Fountain Hills Drive
Missouri City, TX 77459
Email: MCrocker@hc.edu
Telephone: (713) 202-5226

## **CERTIFICATE OF CONFERENCE AND SERVICE**

I hereby certify that on July 21, 2025, a true and correct copy of the foregoing response will be shared with the opposing counsel and filed with the Court.

/s/ Mitchell Crocker

Mitchell Crocker

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| MITCHELL CROCKER, | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:24-cv-01051 |
| | § | |
| | § | |
| CENTERPOINT ENERGY | § | |
| Defendant. | § | |

**<u>APPENDIX TO PLAINTIFF'S MOTION FOR SANCTIONS AGAINST KATE PORTER</u>**

| EXHIBIT NO. | EXHIBIT TITLE |
|---|---|
| **A** | **DECLARATION OF RACHEL BIGELOW (Dkt. 20-3)** |
| **B** | **DECLARATION OF KATE PORTER (Dkt. 20-7)** |
| **C** | **ATTENDANCE CHECK BY KATE PORTER** |
| **D** | **CERTIFICATION APPROVAL BY KATE PORTER** |
| **E** | **VOICEMAIL (SCREENSHOT) BY RACHEL BIGELOW MARCH 15, 2023** |
| **F** | **VOICEMAIL 2 (SCREENSHOT) BY RACHEL BIGELOW MARCH 15, 2023** |
| **G** | **EMAIL COMMUNICATIONS ON AND AFTER MARCH 7, 2023** |

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **MITCHELL CROCKER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:24-cv-1051** |
| | § | |
| **CENTERPOINT ENERGY,** | § | |
| | § | |
| **Defendant.** | § | |

### DECLARATION OF RACHEL BIGELOW

1.      My name is Rachel Bigelow. I am over the age of eighteen, of sound mind, and have personal knowledge of all the facts set forth in this declaration. All statements contained in this declaration are true and correct and are based upon my personal knowledge and understanding and review of company records.

2.      I am currently employed by CenterPoint Service Company, LLC ("CenterPoint") as the Director of Continuous Improvement ("CI"). I have held this position since March 2023. Prior to that, I held the position of Manager of the CI for Gas Operations and Customer Support. I have been with CenterPoint for approximately 11 years. In my position, I am familiar with CenterPoint's policies and procedures related to performance expectations. I also serve as one of CenterPoint's custodians of records.

3.      I am familiar with Mitchell Crocker because I served as his manager when his prior manager, Alexander Barrie, left CenterPoint.

4.      As a Senior Project manager in the CI department, Mr. Crocker was expected to have and maintain certain competencies. These competencies included collaboration (where Mr. Crocker was expected to work with others on the team to achieve objectives) and customer focus

1

through service (where Mr. Crocker was expected to exceed customer expectations and adjust to customer demands).

5.     On January 6, 2023, I was present for a meeting between Mr. Crocker and Mr. Barrie in which Mr. Barrie presented Mr. Crocker with a 60-day Performance Improvement Plan ("PIP"). During this discussion, the objectives of the PIP were outlined to Mr. Crocker. According to the PIP, the four main areas of improvement were: (1) customer focus through service (project quality); (2) collaboration; (3) customer focus through service (client feedback); and (4) attendance. Mr. Crocker claimed he understood them and did not dispute the PIP.

6.     However, based on my review of company records and personal knowledge, I am aware that Mr. Crocker did not meet the objectives of the PIP. For example: one of the objectives under customer focus through service (client feedback) was to receive more than 85% on customer survey results. However, Mr. Crocker failed to meet these objectives and scored only 73.13% in the survey. Another expectation of the PIP was for Mr. Crocker to maintain attendance in line with his alternative work schedule, i.e. report to work at 8:30 a.m. However, between January 6 and February 23, 2023, Mr. Crocker frequently and without explanation showed up to work more than 30-minutes late approximately 22 times.

7.     Because Mr. Crocker did not satisfactorily complete the objectives of his PIP, I recommended that his employment be terminated. As such, on March 7, 2023, I, along with Katherine Radke (Human Resources Business Partner) met with Mr. Crocker and informed him that his employment was terminated.

8.     Exhibits ____ to __ attached to this Declaration are true and correct copies of the records made at or near the time by, or from information transmitted by, a person with knowledge;

these records are kept in the course of CenterPoint's regularly conducted business activity; and it was the regular practice of CenterPoint to make and maintain these records.

9.     I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Executed February 28, 2025

*Rachel Bigelow*
———————————————
Rachel Bigelow

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MITCHELL CROCKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-cv-1051 |
| | § | |
| CENTERPOINT ENERGY, | § | |
| | § | |
| Defendant. | § | |

## DECLARATION OF KATE PORTER

1.        My name is Kate Porter. I am over the age of eighteen, of sound mind, and have personal knowledge of all the facts set forth in this declaration. All statements contained in this declaration are true and correct and are based upon my personal knowledge and understanding and review of company records.

2.        I am currently employed by CenterPoint Service Company, LLC ("CenterPoint") as the Vice President of Enterprise Operational Excellence. I have held this role since January 2023. Prior to that, I was the Director of Continuous Improvement ("CI"). I held the Director of CI role since March 2021. In my position, I am familiar with CenterPoint's policies and procedures related to performance expectations. I serve as one of CenterPoint's custodians of records.

3.        I am familiar with Mitchell Crocker because I served as supervisor to Rachel Bigelow, both in my role as Director of CI and Vice President of Enterprise Operational Excellence, and supervisor to Alex Barrie, in my role as Director of CI, when Mr. Crocker worked as a Senior Technical Analyst at CenterPoint. At the time, Mr. Crocker's immediate manager was Alexander Barrie, Manager of the CI Project Management Office. When Mr. Barrie left around March 2023, Mr. Crocker reported to Rachel Bigelow, another Manager of the CI PDepartment.

1

4.    At all times during Mr. Crocker's employment, CenterPoint maintained a Performance Expectations policy. The policy, in part, laid down CenterPoint's expectations of its employees, including that employees are expected to report to work, in a timely manner, every scheduled workday. In addition, the policy also states that employees are expected to perform their job carefully, diligently, and satisfactorily. The policy also states that failure to meet these expectations could result in discipline, including but not limited to termination.

5.    From my review of company records, I am aware that on November 17, 2022, Mr. Crocker applied for and was granted an alternate work schedule. Based on this alternate work schedule, Mr. Crocker was to report to work at 8:30 a.m. on weekdays and leave at 6:30 p.m., except on Wednesdays, when Mr. Crocker would leave at 4:00 p.m. to pick up his stepdaughter. Mr. Crocker was not approved to work from home. However, despite being given this accommodation, from my review of company records, I am aware that Mr. Crocker routinely failed to show up to work on time and also missed a meeting which he was expected to attend from his work location.

6.    Based on my review of company records, I am aware that Mr. Crocker often, and without any prior approval, block two or more hours of his time every work day on his calendar as "focus time."

7.    Based on my review of company records and personal knowledge, I am aware that due to these and other concerns regarding Mr. Crocker's deficient performance, Mr. Barrie coached Mr. Crocker several times, including guiding Mr. Crocker on his communication plans and reports, unacceptable performance on customer surveys, Crocker's inconsistent use of project management templates, and poor attendance. I am aware that despite Mr. Barrie's coaching, Mr. Crocker did not show improvement.

2

8.    Due to this, I am aware that on January 6, 2023, Mr. Barrie placed Mr. Crocker on a 60-day Performance Improvement Plan ("PIP"). The PIP was given to Mr. Crocker in the presence of Ms. Bigelow. Despite being placed on the PIP and regularly receiving coaching and guidance from Mr. Barrie, Mr. Crocker did not meet the objectives of his PIP. As such, Ms. Bigelow, after review and discussions with myself and Katherine Radke (Human Resources Business Partner), terminated Mr. Crocker's employment with CenterPoint.

9.    Exhibits C-1 to C-3 attached to this Declaration are true and correct copies of the records made at or near the time by, or from information transmitted by, a person with knowledge; these records are kept in the course of CenterPoint's regularly conducted business activity; and it was the regular practice of CenterPoint to make and maintain these records.

10.    I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Executed March 3, 2025

_____
Kate Porter

3

5

# EXHIBIT C

Kate Porter, not Rachel Bigelow, checking for attendance.

**Absent Today**

Porter, Kate D
To: Crocker, Mitchel A </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D1256CC5065644E06D0FA19ADCD37700-00222606>
☺ ← Reply  ← Reply all  → Forward  ···
Mon 3/6/2023 9:36 AM

Hi

Are you planning on coming in today?

**CenterPoint Energy**    Kate Porter
VP, Enterprise Operational Excellence
713.207.5251 o
CenterPoint-energy.com

United Way

Crocker, Mitchel A
To: Porter, Kate D
☺ ← Reply  ← Reply all  → Forward  ···
Mon 3/6/2023 10:35 AM

Good Morning.

I'm in the office. Is there something you would like to discuss?

Mitch Crocker, PMP
PMO I Continuous Improvement
713.207.4364 w. I 832.370.1203 c.
CenterPointEnergy.com

···

Porter, Kate D
To: Crocker, Mitchel A </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D1256CC5065644E06D0FA19ADCD37700-00222606>
☺ ← Reply  ← Reply all  → Forward  ···
Mon 3/6/2023 10:37 AM

No--I just didn't see you and wanted to be sure everything was ok.

···

Crocker, Mitchel A
To: Porter, Kate D
☺ ← Reply  ← Reply all  → Forward  ···
Mon 3/6/2023 10:40 AM

Everything is fine. Thanks for checking. I'm consciously limiting computer use based on a safety share I have a couple weeks ago.

Online Manager - Computer Vision Syndrome.com

Mitch Crocker, PMP

# EXHIBIT D

Two certifications approved by Kate Porter.



# EXHIBIT E

 Voicemail

**Bigelow Rachel**
mobile
March 15, 2023 at 8:49 AM



0:00                                    −0:15

                        

**Transcription**

"Hi Mitch this is Rachel Bigelow am I need to speak with you
 so please give me a call back on my cell phone the number
 is 281-703-3467 thank you…"

Was this transcription useful or not useful?


**Favorites**


**Recents**


**Contacts**


**Keypad**


**Voicemail**

2

# EXHIBIT F

❮ Voicemail

**Bigelow Rachel**
mobile
March 15, 2023 at 9:51 AM

 

**0:00**　　　　　　　　　　　　　**−0:14**

　　　　  

**Transcription**

"Hi Max this is Rachel Bigelow again I need to speak with you
so please call me back on my cell phone number is
281-703-3467 thank you..."

Was this transcription useful or not useful?

　　　　　　　　

**Favorites**　　**Recents**　　**Contacts**　　**Keypad**　　**Voicemail**

# EXHIBIT G

**Performance Improvement Plan Check-in**

Hide message history

—Original Appointment—
From: Bigelow, Rachel L <rachel.bigelow@centerpointenergy.com>
Sent: Monday, March 6, 2023 12:17 PM
To: Bigelow, Rachel L; Crocker, Mitchel A; Porter, Kate D
Subject: Performance Improvement Plan Check-in
When: Tuesday, March 7, 2023 9:30 AM-10:30 AM (UTC-06:00) Central Time (US & Canada).
Where: 1863, Rachel's Office
Sensitivity: Private

Hide message history

Crocker, Mitchel A
To: Bigelow, Rachel L; Porter, Kate D                                    ⟲ Reply  ⟲ Reply all  → Forward  …
Private                                                                           Tue 3/7/2023 11:55 AM

Good Afternoon,

Thank you for the meeting this morning. I appreciate any feedback that will support my growth and development in this company. When will this process be finalized and concluded? When will you follow up with me? Is there any impact on my career advancement or transition in the company?

Mitch Crocker, PMP
Continuous Improvement PMO
x/tr 713-207-6364

Porter, Kate D
To: Crocker, Mitchel A </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D125E0C3065644DED04A19ADCD37720-00222606>; Bigelow, Rachel L    ⟲ Reply  ⟲ Reply all  → Forward  …
Private                                                                           Tue 3/7/2023 1:28 PM

Hi

We are currently in an evaluation state. We appreciate your feedback and will be taking it into consideration. The next steps will be determined in the coming week and the impacts can be discussed in the final close out meeting.

Thanks,
Kate Porter
…

Crocker, Mitchel A
To: Porter, Kate D; Bigelow, Rachel L                                    ⟲ Reply  ⟲ Reply all  → Forward  …
Private                                                                           Tue 3/7/2023 2:59 PM

Okay.

Mitch Crocker, PMP
Continuous Improvement PMO

4

**Performance Improvement Plan Check-In**



Crocker, Mitchell A.
To: Porter, Kate D.; Bigelow, Rachel L
↩ Reply　↩ Reply all　→ Forward　⋯
Tue 3/7/2023 3:01 PM

🔒 Private

Hi Kate,

In the meeting, you stated the PIP ended yesterday. What does that mean in this case? Please clarify.

**CenterPoint Energy**
Mitch Crocker, PMP
PMO | Continuous Improvement
713 207 4364 w | 832 370 1200 c.
CenterPointEnergy.com

---

Porter, Kate D
To: Crocker, Mitchell A </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D125ECC5065644E06D0FA18ADCD37700-00222606=>; Bigelow, Rachel L
↩ Reply　↩ Reply all　→ Forward　⋯
Wed 3/8/2023 7:09 AM

🔒 Private

I misstated the case. It closed on the 7th not the 6th. This represents the end date that was noted in the performance improvement plan issued 1/6/23. At this point we will be evaluating and next steps will be determined as mentioned below.

---

Crocker, Mitchell A.
To: Porter, Kate D.; Bigelow, Rachel L
Cc: Haripa, Christina; Radke, Katherine N
↩ Reply　↩ Reply all　→ Forward　⋯
Thu 2/9/2023 2:28 PM

🔒 Private

That would mean that it is not closed and stated incorrectly. Why is there an evaluation period if this matter is supposed to be closed? I would like to develop and grow in this company. Please allow me to do that.

Mitch Crocker, PMP
Continuous Improvement PMO
Wk: 713-207-4364

**Porter, Kate D**
To: Crocker, Mitchell A </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D125ECC50656441E05D0FA19ADCD37700-00222606>; Bigelow, Rachel L
☺ ↩ Reply  ↩ Reply all  ↗ Forward  ⋯
Wed 3/8/2023 7:09 AM
∅ Private

I misstated the case. It closed on the 7th not the 6th. This represents the end date that was noted in the performance improvement plan issued 1/6/23. At this point we will be evaluating and next steps will be determined as mentioned below.

...

**Crocker, Mitchell A**
To: Porter, Kate D; Bigelow, Rachel L
Cc: Harlow, Christina; Radke, Katherine N
☺ ↩ Reply  ↩ Reply all  ↗ Forward  ⋯
Thu 3/9/2023 2:28 PM
∅ Private

That would mean that it is not closed and stated incorrectly. Why is there an evaluation period if this matter is supposed to be closed? I would like to develop and grow in this company. Please allow me to do that.

Mitch Crocker, PMP
Continuous Improvement PMO
Wk: 713-207-4364

...

**Radke, Katherine N**
To: Crocker, Mitchell A </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D125ECC50656441E05D0FA19ADCD37700-00222606>; Porter, Kate D; Bigelow, Rachel L
Cc: Harlow, Christina
↩ Reply  ↩ Reply all  ↗ Forward  ⋯
Thu 3/9/2023 2:53 PM
∅ Private

● You forwarded this message on Thu 3/9/2023 3:59 PM

Good afternoon,

Thanks for looping me in. I can confirm it is standard business practice to review the results of a PIP prior to having the closing conversation. We do try to ensure a timely close out conversation, but want to ensure all results and feedback are considered.

Thank you!
Katie

...

**Crocker, Mitchell A**
To: Radke, Katherine N; Porter, Kate D; Bigelow, Rachel L
Cc: Harlow, Christina
☺ ↩ Reply  ↩ Reply all  ↗ Forward  ⋯
Thu 3/9/2023 3:59 PM
∅ Private

6

Mitch Crocker, PMP
Continuous Improvement PMO
Wk: 713-207-4364
...

Radke, Katherine N                                                              ☺  ↩ Reply  ↩ Reply all  ↪ Forward  ⋯
To: Crocker, Mitchel A </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D1256CC5065644E05D0FA19ADCD37700-00222606>; Porter, Kate D; Bigelow, Rachel L    Thu 3/9/2023 2:53 PM
Cc: Harlow, Christina

🚫 Private
● You forwarded this message on Thu 3/9/2023 3:59 PM

Good afternoon,

Thanks for looping me in.  I can confirm it is standard business practice to review the results of a PEP prior to having the closing conversation.  We do try to ensure a timely close out conversation, but want to ensure all results and feedback are considered.

Thank you!
Radke
...

---

Crocker, Mitchel A                                                              ☺  ↩ Reply  ↩ Reply all  ↪ Forward  ⋯
To: Radke, Katherine N;  Porter, Kate D;  Bigelow, Rachel L                                Thu 3/9/2023 3:59 PM
Cc: Harlow, Christina

🚫 Private

Good Afternoon,

Thank you for the clarity. Have a great day!

Mitch Crocker, PMP
Continuous Improvement PMO
Wk: 713-207-4364
...

↩ Reply    ↩ Reply all    ↪ Forward